**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-4257

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM EUGENE WEBB, a/k/a James Thomas Webb,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge.  (CR-99-373)

Submitted:  September 28, 2001      Decided:  October 10, 2001

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert L. McClellan, IVEY, MCCLELLAN, GATTON & TALCOTT, L.L.P., Greensboro, North Carolina, for Appellant.  Benjamin H. White, Jr., United States Attorney, Michael F. Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Eugene Webb was convicted of possession of a firearm by a felon, possession of crack cocaine, and carrying a firearm during a drug trafficking offense. He challenges the district court's denial of his pre-trial motion to suppress. We have carefully examined the transcript of the motion to suppress, and we find the court's ruling to be without error. Thus, we affirm on the reasoning of the district court. (J.A. at 99-102). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED